UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 90-CR-446(S-1) |
| Plaintiff, ) | |
| v. ) | |
| VITTORIO AMUSO, ) | JUDGE EUGENE H. NICKERSON |
| Defendant. ) | |

## NOTICE OF MOTION FILING AND SERVICE

Attn: To Whom It May Concern
To:  U.S. Attorney's Office
     225 Cadman Plaza East
     Brooklyn, N.Y. 11201

**Please Take Notice** that on this 23 day of June, 2005, the undersigned shall cause to be placed in the legal mailbox at USP Marion pursuant to **Houston v. Lack**, 487 U.S. 266 (1988), for mailing to and filing with the Clerk of the Court, U.S. District Court, Eastern District of New York,

**Defendant Amuso's Application For Certificate Of Applicability To File Second Or Successive Petition Pursuant to 28 U.S.C. 2255,**

service of which is being made upon you.

Respectfully submitted,

By: *Vittorio Amuso*
Vittorio Amuso, Pro Se
Reg.# 38740-079
USP Marion
Route 5, P.O. Box 1000
Marion, Illinois  62959

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
* JUL 29 2005 *
BROOKLYN OFFICE