UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

                                **ORDER**

-vs-

                                CR-90-446(s-1)(FB)

Vittorio Amuso ,
        Defendants.

-------------------------------------------------

        On July 29, 2005 the defendant filed a pro se application requesting a certificate of appeal ability so he may obtain permission from the Court of Appeals to file a successive petition pursuant to Blakely. The Supreme Court is it's decision has made it clear that this new ruling is not to be applied retroactively. Accordingly it is

        HEREBY ORDERED that pro se defendant's application is DENIED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          August 2, 2005