UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

                                               **NOTICE OF APPEARANCE**

       -against-

                                               90 CR 446 (FB)

VITTORIO AMUSO,

              Defendant.
-------------------------------------------------x

SIR/MADAM:

    PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby appear in the above-captioned criminal case for defendant VITTORIO AMUSO, and have been retained as an attorney for said defendant.  I was admitted to practice law in this district in or about May of the year 1988.

Dated:  Port Washington, New York
        July 31, 2018

                                        Yours, etc.,

                                             /JRF/
                                   _____
                                   JAMES R. FROCCARO, JR. (JRF-5461)
                                   20 Vanderventer Avenue, Suite 103W
                                   Port Washington, NY 11050
                                   (516) 944-5062 (phone)
                                   (516) 944-5066 (fax)
                                   [JRFESQ61@aol.com](mailto:JRFESQ61@aol.com) (e-mail)