```
BUHQ1   540*23  *          SENTENCE MONITORING          *      04-26-2023
PAGE 001         *          COMPUTATION DATA            *      13:47:24
                            AS OF 04-26-2023

REGNO..: 38740-079 NAME: AMUSO, VITTORIO


FBI NO...........: 698774B            DATE OF BIRTH: 11-04-1934  AGE:  88
ARS1.............: BTF/A-DES
UNIT.............: 1 GP                QUARTERS.....: L01-009L
DETAINERS........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

THE INMATE IS PROJECTED FOR RELEASE: LIFE


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: CR 90-446(S-1)
JUDGE...........................: NICKERSON
DATE SENTENCED/PROBATION IMPOSED: 10-09-1992
DATE COMMITTED..................: 11-02-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $2,700.00      $00.00           $250,000.00     $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  545     18:1962 RACKETEER (RICO)
OFF/CHG: 18:1962 RICO, TOTAL OF 54 COUNTS- CONSPIRACY, MURDER, CONSP
        TO COMMIT EXTORTION & OBTAIN LABOR PAYOFFS, TAX EVASION

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 TERM OF SUPERVISION............:       5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 02-13-1992




G0002         MORE PAGES TO FOLLOW . . .
```

```
 BUHQ1    540*23  *        SENTENCE MONITORING           *     04-26-2023
PAGE 002 OF 002  *          COMPUTATION DATA             *     13:47:24
                            AS OF 04-26-2023

REGNO..: 38740-079 NAME: AMUSO, VITTORIO


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-02-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-02-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-09-1992
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 02-13-1992

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    07-28-1991    10-08-1992

TOTAL PRIOR CREDIT TIME.........: 439
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
EXPIRATION FULL TERM DATE.......: LIFE
TIME SERVED.....................:     31 YEARS      8 MONTHS      30 DAYS

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS.......: 6/1/10:COMP ASSUMED FROM FIELD TO MEET REQUIREMENTS OF DSCC.




















S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```