# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:38740-079, Last Name:AMUSO

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 38740-079<br>Inmate Name<br>  Last........: AMUSO<br>  First.......: VITTORIO<br>  Middle......:<br>  Suffix......:<br>Gender......: MALE | Risk Level Inmate....: R-LW<br>  General Level......: R-LW (10)<br>  Violent Level......: R-MIN (5)<br>Security Level Inmate: HIGH<br>Security Level Facl..: MEDIUM<br>Responsible Facility.: BTF<br>Start Incarceration..: 10/09/1992 |

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 88 | 0 | 0 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 6 | 16 | 6 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 2 | 2 | 4 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 10 | 5 |

## PATTERN Worksheet Details

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

---

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

Assessment Date: 03/25/2023              (1)              Assessment# R-2146804073

# Cut Points Used for PATTERN v. 1.3
*(used when calculating an inmates risk of recidivism)*

**Male - General**
  Minimum = 5 or less
  Low = 6 to 39
  Medium = 40 to 54
  High = 55 or more

**Male - Violent**
  Minimum = 7 or less
  Low = 8 to 24
  Medium = 25 to 31
  High = 32 or more

**Female - General**
  Minimum = 7 or less
  Low = 8 to 38
  Medium = 39 to 52
  High = 53 or more

**Female - Violent**
  Minimum = 1 or less
  Low = 2 to 11
  Medium = 12 to 17
  High = 18 or more