

## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: AMUSO, VITTORIO  38740-079

**SEQUENCE: 00304894**
**Team Date: 03-22-2023**

| | |
|---|---|
| Facility: | BTF  BUTNER MED II FCI |
| Name: | AMUSO, VITTORIO |
| Register No.: | 38740-079 |
| Age: | 88 |
| Date of Birth: | 11-04-1934 |

| | |
|---|---|
| Proj. Rel. Date: | UNKNOWN |
| Proj. Rel. Mthd: | LIFE |
| DNA Status: | CLP01328 / 04-30-2010 |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | A&O COMPL | A&O COMPLETE | 03-14-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | ESL HAS | ENGLISH PROFICIENT | 04-28-1993 |
| BTF | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-22-1992 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA | C | BEGINNING JOGGING | 12-10-1993 | 01-10-1994 |
| OTV DCU | C | HOLDOVER ORIENTATION PROGRAM | 04-20-1992 | 04-28-1992 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-28-2010 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 01-31-2023 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 02-08-2022 |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 03-01-2023 |
| LOWER BUNK | LOWER BUNK REQUIRED | 11-07-2017 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-27-2023 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-02-2009 |
| WHEELCHAIR | REQUIRES WHEELCHAIR | 03-01-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-06-2011 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 03-21-1995 |
| ED NONE | DRUG EDUCATION NONE | 03-07-2023 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

| **FRP Assignment:** | **NO OBLG** | **FINANC RESP-NO** | **Start: 03-16-2023** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$50.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $2,700.00 | $1,775.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $250,000.00 | $235,448.16 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

FOIA BOP 2023-02869 2 of 9



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: AMUSO, VITTORIO  38740-079

**SEQUENCE: 00304894**
**Team Date: 03-22-2023**

Most Recent Payment Plan

---

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $4,200.00        Payments commensurate ?   Y

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-16-2023 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 03-03-2023 |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE | 03-03-2023 |
| N-COGNTV R | NEED - COGNITIONS REFUSE | 03-03-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-29-2021 |
| N-EDUC N | NEED - EDUCATION NO | 03-03-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 03-03-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-03-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-03-2023 |
| N-MEDICL Y | NEED - MEDICAL YES | 03-03-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 03-03-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-03-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 03-03-2023 |
| N-WORK N | NEED - WORK NO | 03-03-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 03-25-2023 |

### Progress since last review

New Arrival to caseload. Inmate is an 88-year-old with a life sentence with no programming record in 20 years.

### Next Program Review Goals

By next team, complete the following program(s): Money Smart, AARP, Brain Health as you Age, Health and Wellness Throughout the Lifespan, Talking to Your Doctor and Arthritis Foundation Walk with Ease. Save at least 10% of your earnings for release planning. Maintain clear conduct and upon completion of A&O, secure employment; UNICOR if possible.

### Long Term Goals

No later than 03/2025, complete the following program(s): Anger Management and get with psychology to update FSA refuse status for antisocial and cognitions.

### RRC/HC Placement

No.
Management decision - Life Sentence. .
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : RRC available in release area.
- Offense : No extenuating circumstances preclude placement.
- Prisoner : No statement regarding RRC placement on Judgment.
- Court Statement : The sentencing court did not make any statements regarding RRC placement on the Judgment and Commitment Order.
- Sentencing Commission : Life Sentence.

### Comments

*Update your FSA NEEDs assessment; you should not have a REFUSE status*
Inmate was reviewed under the 5 factors review and found ineligible due to Life Sentence.
Recommend obtaining original copies of SS card and birth certificate for identification.
Inmate is Eligible(HI) for the FTC of the FSA.
FRP: No Obligation.

---

FOIA BOP 2023-02869 3 of 9



**Individualized Needs Plan - Program Review     (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: AMUSO, VITTORIO  38740-079

SEQUENCE: 00304894
Team Date: 03-22-2023

Name: AMUSO, VITTORIO          DNA Status:  CLP01328 / 04-30-2010
Register No.: **38740-079**
Age: 88
Date of Birth: 11-04-1934

Inmate    (AMUSO, VITTORIO. Register No.: 38740-079)

Date

Unit Manager / Chairperson                          Case Manager

Date                                                Date

FOIA BOP 2023-02869 4 of 9