# Exhibit*

*Medical records to be provided separately to both the Court and Government