THE LAW OFFICES OF
# ANTHONY DIPIETRO, P.C.

**15 CHESTER AVENUE**  (914) 948 3242
**WHITE PLAINS, NY 10601**  (914) 948 5372 FAX
DIPIETROLAW@YAHOO.COM

July 16, 2023

**By ECF**
The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Vittorio Amuso*, 90-cr-446 (FB)

Dear Judge Block:

    We respectfully submit this letter to request the Court's permission to file a reply to the Government's opposition to Defendant Vittorio Amuso's motion for compassionate release (*see* Dkt Nos. 1223, 1225), and that such reply be due by July 28, 2023.

    The Court's time and consideration are appreciated.

    Respectfully submitted,

    */s/Anthony DiPietro*
    Anthony DiPietro, Esq.

    James R. Frocarro, Esq.
    20 Vanderventer Avenue, Suite 103W
    Port Washington, NY

    Mathew J. Mari, Esq.
    30 Wall Street, 8th Fl.
    New York, NY 10005

    *Counsel to Defendant*
    *Vittorio Amuso*