# EXHIBIT A

**From:** Anthony DiPietro <dipietrolaw@yahoo.com>
**Sent:** Monday, June 5, 2023 9:44 AM
**To:** BTF-ExecAssistant (BOP) <BTF-ExecAssistant@bop.gov>
**Subject:** [EXTERNAL] Request for Medical Attention/Update: Vittorio Amuso (38740-079)

Good morning:

Hope all is well. We kindly write with great concern for our client, Vittorio Amuso (38740-079). Based upon information and belief, Mr. Amuso has not contacted his family in recent weeks and has been confined to his cell for an extended period of time due to an institutional lockdown. Given his advanced age (88) and medical conditions, it is important that Mr. Amuso be provided access to his family and time outside of his cell. We kindly ask that an update be provided regarding his mental/physical wellbeing and some information regarding the anticipated length of the current lockdown. Also, if accommodations can be made, that he be soon provided a brief phone call to his family. Your time and attention are greatly appreciated. Thank you.


Anthony DiPietro, Esq.
15 Chester Avenue
White Plains, NY 10601
Tel: (914)-948-3242
Fax: (914)-948-5372
www.anthonydipietro.com


Attorney-Client Communication: This e-mail contains legally privileged and confidential information intended only for the individual or entity named in the message. If this communication was received in error, please notify us by reply e-mail and delete the original message.

Thank you but unfortunately that form is not current or from FCC Butner. He will have to do another one, and he needs to use the proper release of information forms depending on what he is authorizing staff to release. General information is one form, medical information is another form. he can obtain those forms from his unit team and/or medical depending which one he is needing.

**From:** Anthony DiPietro <dipietrolaw@yahoo.com>
**Sent:** Monday, June 5, 2023 10:03 AM
**To:** BUX-ExecAssistant-S (BOP) <BUX-ExecAssistant-S@bop.gov>
**Subject:** Re: [EXTERNAL] Request for Medical Attention/Update: Vittorio Amuso (38740-079)

Thank you for the timely response. Please find attached a consent form previously executed by Mr. Amuso, permitting the release of information to our office. Our only concern is his current well-being (and we understand that other information cannot be provided for institutional safety and security reasons). Thank you.

Anthony DiPietro, Esq.
15 Chester Avenue
White Plains, NY 10601
Tel: (914)-948-3242
Fax: (914)-948-5372
[www.anthonydipietro.com](www.anthonydipietro.com)

Attorney-Client Communication: This e-mail contains legally privileged and confidential information intended only for the individual or entity named in the message. If this communication was received in error, please notify us by reply e-mail and delete the original message.

On Monday, June 5, 2023 at 09:56:34 AM EDT, BUX-ExecAssistant-S (BOP) <bux-execassistant-s@bop.gov> wrote:

Greetings,
Without his written consent, staff are not authorized to release any information on this inmate due to privacy laws. As for the other questions, due to the safety and security of the institution we are not authorized to release institution operation details. Thank you.

On Monday, June 5, 2023, 10:50 AM, BUX-ExecAssistant-S (BOP) <BUX-ExecAssistant-S@bop.gov> wrote:

I will forward your concerns to the proper department. Thank you.

**From:** Anthony DiPietro <dipietrolaw@yahoo.com>
**Sent:** Monday, June 5, 2023 10:14 AM
**To:** BUX-ExecAssistant-S (BOP) <BUX-ExecAssistant-S@bop.gov>
**Subject:** Re:
[EXTERNAL] Request for Medical Attention/Update: Vittorio Amuso (38740-079)

I understand and appreciate your time. Can you please forward my concerns to his unit team/counselor to ensure that he is provided adequate attention during the lockdown given his advanced age and condition. Also, if an accommodation can be made that he briefly calls his family this week. Thank you.

Anthony DiPietro, Esq.
15 Chester Avenue
White Plains, NY 10601
Tel: (914)-948-3242
Fax: (914)-948-5372
www.anthonydipietro.com

Attorney-Client Communication: This e-mail contains legally privileged and confidential information intended only for the individual or entity named in the message. If this communication was received in error, please notify us by reply e-mail and delete the original message.

On Monday, June 5, 2023 at 10:07:35 AM EDT, BUX-ExecAssistant-S (BOP) <bux-execassistant-s@bop.gov> wrote: