**LAW OFFICES OF**
## MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

July 27, 2023

Judge Frederic Block
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Vic Amuso
Endorsement For Compassionate Release

Dear Judge Block:

I write this letter in support of an application for compassionate release on behalf of Victor (Vic) Amuso. This letter is without his request, nor was it requested by his attorney.

I write because I have known Vic for over fifty years. Admittedly, I represented him in a matter in Bronx County in the 1970s. That was the basis of my knowing him. I saw him periodically; it was always in a favorable manner. He was always a gentleman and displayed his concern for me and my family on the death of my wife some 23 years ago.

While he was in jail, we wrote to each other for a while always on non-legal issues; and frankly I looked forward to enjoying a nice verbal relationship. We sometimes forget that we view the person accused/convicted of a crime at his worst moment and forget he is also a person. I do not know about his current conviction except what I read in various and sundry articles about him.

We communicated on a frequent basis for a while but that ended when I was visited by the FBI inquiring whether he was sending me messages in code because they did not understand two words in his letters which they obviously had read before I received them. The words were "gezunt and parnassus" which means health and success in Yiddish; they thought that somehow these were nefarious messages. I suggested they may benefit from hiring a few Jewish FBI agents.

///

///

*LAW OFFICES OF*
## MURRAY RICHMAN
*and Associates*

      I am distressed to hear Vic is ill and not faring well. Let me add a third Yiddish word to the menagerie, Vic Amuso is a mensch. I believe he deserves to live out his final years outside of the constraints of institutional life. He is now 88 years old, as I approach that age myself – as the court knows- getting older is not for the faint hearted. The young do not understand and the U.S. Attorneys are all quite young. I urge the court to consider and grant his application for compassionate release.

Most respectfully,

Murray Richman