Dear Judge Block    Re: Vittorio Amuso    DTP

IN CLERK'S OFFICE
US DISTRICT COURT
★ AUG ? 2023 ★
BROOKLYN OFFICE

CR-90-446-2 (FB)

I have not been asked by anyone to write this letter, I am acting on my own accord. I have read that Vittorio Amuso has submitted a motion for compassionate release. I immediately want to help with that because Mr Amuso has changed my life through his wise and genuine words. He has shown a selfless desire to improve those around him.

I sent Mr Amuso a letter in 2021 at the age of 16 after reading about his case and American law. He responded to me with such great and genuine advice about reading books and growing up with morals and principles and how it will help me in my life. It touched me deeply as it was very kind and genuine advice that has helped me tremendously in my adolescence years. Mr Amuso's words have improved my integrity, respect for others and my morals and principles. I sent him another letter in 2022 and again, he responded with such sincerity and great advice.

I am writing this letter in a different continent to you Sir and that was also the same when I wrote letters to Mr Amuso. He never has met me in person but he decided to respond to me and give me such great advice that a young person needs. He has changed my life with his letters. I will always appreciate what Mr Amuso has done for me.

I am saddened to read that Mr Amuso suffers from Rheumatoid arthritis but I was distressed once I read of his calls for help to BOP staff because of the severe pain he was in due to his hip problems. Nobody should suffer like that. Mr Amuso has shown me that he is a kind and genuine person. He is a very respectful person. He is a gentleman who would live a law abiding and virtuous life if you grant the motion. His institutional record is exceptional and has been virtuous to me and many others. He would continue this way upon release, I have no doubt about it. There are many young people in society who would benefit from speaking to someone such as Mr Amuso.

sincerely

A young person from a different continent in this world who Mr Amuso has helped.