# THE LAW OFFICES OF
## ANTHONY DIPIETRO, P.C.

**15 CHESTER AVENUE**  (914) 948 3242
 **WHITE PLAINS, NY 10601**  (914) 948 5372 FAX
  DIPIETROLAW@YAHOO.COM

June 5, 2025

**By ECF**
The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *United States v. Vittorio Amuso*, 90-cr-446 (FB)

Dear Judge Block:

     We write to advise the Court that Mr. Amuso has informed us that he did not sign nor authorize the purported *pro se* motion for compassionate release that was docketed on June 4, 2025 (*see* Dkt No. 1233). As such, we respectfully request that such motion be stricken.

     The Court's time and consideration are appreciated.

Respectfully submitted,

*/s/Anthony DiPietro*
Anthony DiPietro, Esq.

James R. Frocarro, Esq.
20 Vanderventer Avenue, Suite 103W
Port Washington, NY

Mathew J. Mari, Esq.
30 Wall Street, 8th Fl.
New York, NY 10005

*Counsel to Defendant*
*Vittorio Amuso*