FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 10 2025 ★
BROOKLYN OFFICE

REC'D IN PRO SE OFFICE
JUN 11 '25 AM 10:28

REC'D IN PRO SE OFFICE
JUN 11 '25 AM 10:28

RECEIVED
JUN 10 2025
PRO SE OFFICE

**Filer:**
**Randy Dewayne Pittman**
Post Office Box 1332
Mountain View, CA 94042-1332
(305) 317-9304
randy@randypittman.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **90-cr-446 (FB)** |
| Plaintiff, | **DECLARATION BY RANDY DEWAYNE PITTMAN** |
| vs. | |
| VITTORIO AMUSO, | |
| Defendant. | |

I, **RANDY DEWAYNE PITTMAN**, enter this Declaration into the record. All statements in this Declaration are true and correct to the best of my knowledge and belief.

I was formerly incarcerated in the federal prison system where I met Mr. Amuso. While incarcerated I told Mr. Amuso that I would help him file a motion for compassionate release when I got out of the prison system if he wanted me to. Mr. Amuso told me he would be delighted to have my assistance. I told him I would reach out to him once I was no longer in custody.

I corresponded with someone who was incarcerated in the same housing unit with Mr. Amuso. I asked them to see if Mr. Amuso still wanted me to file the motion for compassionate release. I relayed to Mr. Amuso that I had basically extracted the previously-filed motion for compassionate release and

would simply update the information to his relevant condition and file that motion on his behalf. I was given authorization to file the motion for compassionate release.

After filing the motion for compassionate release I was contacted by another prisoner at FCI Butner and told that Mr. Amuso had changed his mind and did not want to pursue compassionate release anymore. I made it clear that the motion had already been sent to the Court and then I was told that Mr. Amuso had also filed a motion to strike the filed motion.

I do not know why I was given incorrect information because I would have certainly never done the arduous work that was required to prepare the motion and send it to the Court on Mr. Amuso's behalf. I certainly wouldn't have spent the money to serve the motion on the Court using the Priority Mail product.

I guess it is possible that Mr. Amuso's cognitive ability is failing and he simply did not recall telling the other inmate to tell me to file the motion. I don't know nor does it matter. What matters is that Mr. Amuso has now asked to strike the motion and I'm filing this Declaration to notify the Court of this action.

With this said, I do apologize to the Court for wasting judicial resources in this matter. I would have never moved forward with the motion had I not been given authority to do so. It is possible that Mr. Amuso simply didn't remember telling the other inmate to ask me to move forward with the motion. Either way, I now understand that Mr. Amuso wants to strike the motion so I'd just ask the Court to honor Mr. Amuso's wishes and strike the motion that was filed on May 25, 2025.

**Respectfully submitted,** this the 16th day of May in the year of the Lord 2025.

By: _____
**Randy D. Pittman**
Post Office Box 610842
San Jose, CA 95161-0842
(305) 900-6545
randy@randypittman.com

Randy D. Pittman
Post Office Box 610842
San Jose, CA  95161-0842

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.

★  JUN 10 2025  ★

BROOKLYN OFFICE

**United States District Court for the New York Eastern District**
**Attn: Clerk of the District Court**
225 Cadman Plaza East
Brooklyn, NY 11201



**PRIORITY® MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE





USPS TRACKING #

9114 9999 4431 4649 2753 45

Label 400 Jan. 2013
7690-16-000-7948

For international shipments, the maximum weight is 4 lbs.

EP14H February 2023 Outer Dimension: 10 x 5



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**



PRESS FIRMLY TO SEAL　　　　　　　　　　　　　　　　　　　PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 10 2025 **TRACKED ■ INSURED**

BROOKLYN OFFICE

EP14H February 2023
OD: 10 x 5

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS00001000064

EP14H © U.S. Postal Service; February 2023; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.