

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EL
F. #2023V02186

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2026

<u>By ECF</u>

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Vittorio Amuso
> <u>Criminal Case No. 90-446 (FB)</u>

Dear Judge Block:

On April 24, 2026, defendant Vittorio Amuso filed a motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 1236. The Court subsequently ordered that the government submit its response to the defendant's motion by May 29, 2026. <u>See</u> Dkt. Entry dated April 24, 2026.

The government respectfully requests a brief adjournment of its deadline to file a response to the defendant's motion, to Wednesday June 3, 2026. The government has conferred with counsel for defendant Amuso, who has consented to this requested adjournment.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/
Elias Laris
Assistant U.S. Attorney
(718) 254-6599