THE LAW OFFICES OF

# ANTHONY DIPIETRO, P.C.

**15 CHESTER AVENUE**
 **WHITE PLAINS, NY 10601**

**(914) 948 3242**
**(914) 948 5372 FAX**
DIPIETROLAW@YAHOO.COM

June 4, 2026

**By ECF**
The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *United States v. Vittorio Amuso*, 90-cr-446 (FB)

Dear Judge Block:

  I respectfully submit this letter to request permission to file a reply to the Government's opposition to Defendant Vittorio Amuso's motion for compassionate release (ECF Nos. 1236, 1238) and that such reply be due on or before June 12, 2026.

  The Court's consideration of this request is greatly appreciated.

    Respectfully submitted,

    *Anthony DiPietro*

    Anthony DiPietro, Esq.