## Anthony DiPietro

---

**From:**          AMUSO VITTORIO (38740079)

**Sent Date:**     Thursday, June 4, 2026 6:49 PM

**To:**            dipietrolaw@yahoo.com

**Subject:**       ONLY THE TRUTH!!

oDEAR ANTHONY,THE PAINS AT NIGHT HAVE KEPT ME FROM A DECENT SLEEP SINCE I HAVE BEEN HERE! TO HOP OUT OF BED TO REACH THE TOILET IS PAINFUL AND I CAN ONLY STAND FOR SECONDS TO SIT ON THE TOILET BECAUSE THE RIGHT KNEE IS TRULY INVERY BAD SHAPE! IT HAS BEEN 6 MONTHS SINCE MR MCLURE HAS CALLED ME TO GIVE ME ANY SHOT OR TO CALL ME TO SEE HOW I AM DOING! BECAUSE IT NIGHTS I DO NOT SLEEP EVEN FOR A SOLID HOUR IN THE MORNINGS I DO HAVE  A FEW NAPS FOR MOMENTS IN MY WHEELCHAIR WHERE INMATES AT TIMES WAKE ME THINKING I AM SICK AND NEED HELP!!! THERE IS NO WAY I CAN STAND FOR MORE THAN A FEW SECONDS BEFORE IT FEELS THE KNEE IS READY TO BREAK AND I MUST TRY MY BEST THAT NEVER HAPPENS,GOD FORBID!! WHEN THE PAINS AT NIGHT PREVENT ME FROM SLEEPING THE TEARS JUMP OY OF MY EYES WHERE A TAKE SOME TOILET TO REACH OUT OF MY WHEELCHAIR THAT I KEEP VERY CLOSE TO MY BED! THE TYENOLS DO NOT HELP AT ALL,BUT T TAKE 3 AT A TIME HOPING IT CAN RELIEVE ME A BIT! MY CELLMATE CAN  HEAR ME EACH AND EVERY NIGHT CURSING AS QUIET AS POSSIBLE WHEN TH PAINS COME REAL SHARP!! I TRULY BELIEVE IF THE JUDGE WAS IN MY CELL ONE NIGHT HE TOO WILL CRY!!! IF I HAVE TO REMAIN IN PRISON FOR THE REST OF MY LIFE I WILL ASK GOD TO TAKE ME AS SOON AS POSSIBLE!! WILL CLOSE WITH LOVE AND RESPECT WITH GOD'S MANY BLESSINGS ON YOU AND FAMILY ALWAYS! WITH MUCH APPRECIATION AND GRATEFULNESS YOUR FOREVER FRIEND WITH HONOR ALWAYS.VIC