D-302a (Rev. 11-15-83)

Continuation of FD-302 of _____. On _____, Page ___3___

| | |
|---|---|
| NAME | BRUNO FACCIOLA (LUCHESE soldier) |
| WHEN | 1990 |
| WHERE | Brooklyn, New York, autobody garage (specific location unknown) |
| WHY | CASSO claimed that FACCIOLA was a "rat", and that FACCIOLA must be killed because he had revealed that "LITTLE AL" (D'ARCO) had been involved in the DILAPI murder. It is believed that CASSO fabricated this claim because FACCIOLA had fallen out of favor with CASSO. FACCIOLA was known to be close JOHN GOTTI and his associates, and had failed to visit CASSO when CASSO was recovering from gunshot wounds inflicted by MICKEY BOY PARADISO (one of GOTTI's closest friends) in mid 1989. |
| NAME | TOBY ROMANO (LUCHESE associate) |
| WHEN | 1990 |
| WHERE | Alley adjacent to ROMANO's Brooklyn residence |
| WHY | CASSO instructed D'ARCO to arrange the hit, because CASSO feared that ROMANO (owner, BREEZE CONSTRUCTION) was cooperating with law enforcement. |
| WHO | D'ARCO contacted PETIE VARIO, who arranged for the actual (unsuccessful) hit by MIKE "BONES" CORCIONE and his brother, ALEX "BONSEY" CORCIONE. As ROMANO opened the trunk of his car, the "BONES" brothers approached from the rear, but their weapon misfired and ROMANO fled. The murder contract is still in effect. |
| NAME | LARRY TAYLOR (LUCHESE associate) |
| WHEN | 1991 |
| WHERE | Near TAYLOR's Brooklyn, New York, residence |
| WHY | TAYLOR had been "with" FACCIOLA; when FACCIOLA was murdered, D'ARCO and LASTORINO were warned by CASSO that TAYLOR, VISCONTI, LOUIE FACCIOLA and NICKY FACCIOLA were conspiring to retaliate against LASTORINO, D'ARCO, and others. |
| WHO | D'ARCO and LASTORINO agreed to use TOMMY "RED" ANZOLATTA and PATTY DELLAROSA as the shooters. Subsequently, DELLAROSA, in the presence of DAIDONE, conveyed the details of the homicide to D'ARCO. |

D-302a (Rev. 11-15-83)

continuation of FD-302 of _____ , On _____ , Page ____ 4

| | |
|---|---|
| NAME | AL "FLOUNDERHEAD" VISCONTI (LUCHESE associate) |
| WHEN | 1991 |
| WHERE | In lobby of VISCONTI's Brooklyn, New York, residence |
| WHY | VISCONTI and TAYLOR were allegedly plotting to kill FRANK LASTORINO, D'ARCO, and others. |
| WHO | CASSO ordered the homicide. D'ARCO, LASTORINO, and others worked on the details of the hit, which was ultimately accomplished by PETER ARGENTINA, RAY ARGENTINA (brother), MICHAEL DEVITA (PH), and "BOOPSIE" (True Name Unknown). |

| | |
|---|---|
| NAME | PETER CHIODO (LUCHESE capo) |
| WHEN | Late Spring, 1991 |
| WHERE | Staten Island, New York |
| WHY | During one telephone contact with CASSO, CASSO ordered D'ARCO to arrange the hit of both CHIODO and ANTHONY FAVA. CASSO felt that CHIODO had infringed on CASSO's financial interests, and that CHIODO had entered a guilty plea without consulting with and obtaining CASSO's approval. |
| WHO | CASSO instructed D'ARCO to have "the kids" (JOSEPH D'ARCO, GEORGE CONTE) do the hit. ZAPPOLA put in "FAT FRANKIE" GIOCCOBI (PH) in the role of main shooter. RICHIE "THE TOUPE" PAGLIAROULO served as a driver. |

| | |
|---|---|
| NAME | VAL (JADICK) (LUCHESE associate) |
| WHEN | Summer, 1991 |
| WHERE | (Hit not acted upon) |
| WHY | VAL, who is active in the trucking industry, allegedly began cooperating with law enforcement as the result of a drug bust. |
| WHO | CASSO instructed D'ARCO to arrange the murder, but subsequently called off the hit. |

D-302a (Rev. 11-15-83)

continuation of FD-302 of _____ , On _____ , Page ____ 5

| | |
|---|---|
| NAME | ANTHONY FAVA (LUCHESE associate) |
| WHEN | August/September, 1991 |
| WHERE | FAVA, an architect, may have been lured to the new home being built for CASSO in Brooklyn. |
| WHY | FAVA had knowledge of CASSO's hidden ownership in the new house, which is in the name of "GEORGIE THE GREEK" KALAKATIS. |
| WHO | D'ARCO, LASTORINO, BARATTA, and AVELLINO discussed the intended hits of FAVA and VAL at a "panel" meeting; later, when D'ARCO learned that FAVA had been found stabbed (LASTORINO's M.O.), he believed that LASTORINO had personally participated in the homicide. |

(Rev. 11-15-83)

tion of FD-302 of _____ , On _____ , Page _____
,12/1,12/20&1/29/92                                                        12

At one meeting with D'ARCO at JOE'S CLAM BAR in Brooklyn, AMUSO and CASSO told him that they (AMUSO and CASSO) might be getting "pinched" soon and that he (D'ARCO) would have to run the family. Shortly thereafter CASSO met D'ARCO by the canon at Fort Hamilton. CASSO advised D'ARCO that AMUSO went on the "lam" and that CASSO was going to leave also. They had an emotional departure, but before he left, CASSO told D'ARCO that he (D'ARCO) had to kill MIKE SALERNO. CASSO was adamant and labelled SALERNO as a "rat".

As previously mentioned, D'ARCO met with AMUSO and CASSO on several occasions while they were on the "lam". When D'ARCO did not meet with them personally, GEORGE ZAPPOLA, and occasionally PATTY TESTA, were used as intermediaries. ZAPPOLA would relay messages and would collect money from D'ARCO for AMUSO and CASSO. As time went on, JOSEPH D'ARCO also began to be used as a messenger between ZAPPOLA and D'ARCO because ZAPPOLA was a fugitive and was beginning to feel the "heat".

While CASSO and AMUSO were "away", D'ARCO attended numerous meetings with the hierarchy of the GAMBINO, GENOVESE, and the two factions of the COLOMBO family (the latter never meeting at the same time). These meetings dealt with the ongoing dispute as to who should run the COLOMBO family. D'ARCO and JIMMY IDA of the GENOVESE family were the only ones opposed to a shooting war. IDA and D'ARCO secretly favored JR. PERISCO while the others favored VIC ORENA. The shootings in the COLOMBO war did not start until D'ARCO left the "street".

After a period of time, while AMUSO and CASSO remained "on the lam", D'ARCO started to realize that relationships within the family were changing. AMUSO rarely met with D'ARCO, crew members were constantly being switched, people were being labelled "rats" and homicides were being ordered with no apparent justification.

During the summer of 1991, the acting hierarchy was changed and it was decided by AMUSO and CASSO that a ruling panel of four capos would run the family. The panel consisted of D'ARCO, ANTHONY BARATTA, FRANK LASTORINO, and SALVATORE AVELLINO.

On September 19, 1991, a panel meeting was held at the Kimberely Hotel on East 50th Street in Manhattan, next to the La Table Des Rois Restaurant. Before the meeting, ANTHONY BARATTA, ANTHONY RUSSO, FRANK LAGANO, ANTHONY SPERO, SALLY VITALE, and FRANK FEDERICO met at the CHIN CHIN RESTAURANT on East 49th Street. FRANK FEDERICO brought RUSSO, LAGANO, SPERO, and VITALE over to the hotel. ANTHONY BARATTA was waiting for FRANK LASTORINO to show up. FEDERICO came