THE LAW OFFICES OF
**ANTHONY DIPIETRO, P.C.**

15 CHESTER AVENUE
WHITE PLAINS, NY 10601

(914) 948 3242
(914) 948 5372 FAX
DIPIETROLAW@YAHOO.COM

November 5, 2026

**By ECF**
The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Vittorio Amuso*, 90-cr-446 (FB)

Dear Judge Block:

This letter respectfully requests leave to file a reply to the Government's opposition (ECF No. 1243) to Defendant Vittorio Amuso's motion for reconsideration of the Court's Order denying compassionate release, and that such reply be due on November 10, 2026.

Upon reviewing the Government's opposition filed earlier today, it is evident that a reply is warranted to address several significant issues raised in Mr. Amuso's reconsideration motion that remain unanswered, particularly those bearing upon the legal errors warranting reconsideration, and to ensure that the Court has a complete record upon which to adjudicate these consequential issues.

Moreover, Mr. Amuso turned 92 years old yesterday. Given his advanced age, profound medical infirmities, and continued deterioration, this proceeding may very well represent his final meaningful opportunity to obtain compassionate release before this Court. The humanitarian consequences of a final decision are profound, and the stakes could not be higher.

As always, the Court's continued consideration of Mr. Amuso's circumstances and its indulgence of this request are sincerely appreciated.

Respectfully submitted,

Anthony DiPietro

Anthony DiPietro, Esq.